**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LOUIS JOHN WOLVERTON**, *Plaintiff*, v. **MIA GRAY PADGETT-PATTERSON**, *Defendant.* | Case No. 2:20-cv-04499-JDW |

## ORDER

**AND NOW**, this 23rd day of September, 2020, upon review of Plaintiff's Complaint (ECF No. 1), it appearing to the Court that the events giving rise to this action occurred in the Middle District of Pennsylvania, and Plaintiff having failed to respond to the Court's Order to Show Cause why venue lays in this Court (ECF No. 2), it is **ORDERED** that this matter is **TRANSFERRED** to the Middle District of Pennsylvania for further proceedings pursuant to 28 U.S.C. § 1406.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**