IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS JOHN WOLVERTON,** | : | CIVIL ACTION NO. 3:20-CV-1963 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MIA GRAY PADGETT-PATTERSON,** | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 14th day of February, 2022, upon consideration of plaintiff Louis John Wolverton's motion (Doc. 15) for default judgment, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that Wolverton's motion (Doc. 15) is DENIED without prejudice to Wolverton's right to refile same, specifically responding to the substantive concerns raised in the court's memorandum.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania